468 A.2d 859

Seifert v. Allstate Ins. Co., Appellant.

Argued September 7, 1983.  Robert M. Donovan, for appellant;  Samuel A. Litzenberger, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.
Order affirmed.